Papers in File

[None]

UNITED STATES

v.

ROBERT FORSYTH AND WILLIAM SMITH, LATE MERCHANTS
TRADING UNDER THE FIRM OF FORSYTH & SMITH,
AND JAMES ROUGH

1808

Journal Entries

1. Declaration filed . . . . . . . . *Journal, infra,* *p. 162
2. Judgment . . . . . . . . . . . . . . " 171

Papers in File

1. Capias and return . . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . . . .
3. Bond payable June 18, 1805 . . . . . . . . . . .

UNITED STATES

v.

ROBERT FORSYTH AND WILLIAM SMITH, LATE MERCHANTS
TRADING UNDER THE FIRM OF FORSYTH & SMITH,
AND JAMES ROUGH

1808

Journal Entries

1. Declaration filed . . . . . . . . *Journal, infra,* *p. 162
2. Judgment . . . . . . . . . . . . . . " 171

## Papers in File

1. Declaration . . . . . . . . . . . . . .
2. Bond payable August 18, 1805 . . . . . . . . . .

## UNITED STATES

v.

### ROBERT FORSYTH AND WILLIAM SMITH, LATE MERCHANTS TRADING UNDER THE FIRM OF FORSYTH & SMITH, AND JAMES ROUGH

1808

## Journal Entries

1. Declaration filed . . . . . . . . *Journal, infra,* *p. 162
2. Judgment . . . . . . . . . . . . " 172

## Papers in File

1. Declaration . . . . . . . . . . . . . .
2. Bond payable October 18, 1805 . . . . . . . . . .

## UNITED STATES

v.

### WILLIAM WATSON, ABRAHAM GEEL, DAVID ROBISON, THOMAS McCLURE, HUGH R. MARTIN, AUGUSTIN LONGDON AND CHARLES CURRY

1808

## Journal Entries

1. Nolle prosequi; discharge . . . . . . . *Journal, infra,* *p. 177